

## NUMBER 13-08-00532-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE: HIDALGO COUNTY APPRAISAL DISTRICT AND HIDALGO COUNTY APPRAISAL DISTRICT REVIEW BOARD

### On Petition for Writ of Mandamus and Motion for Emergency Relief

## MEMORANDUM OPINION

**Before Justices Yañez, Garza, and Vela**
**Memorandum Opinion Per Curiam**

Relators, Hidalgo County Appraisal District and Hidalgo County Appraisal District Review Board, filed a petition for writ of mandamus on September 10, 2008. The Court ordered the real parties in interest, El Pistalon, L.L.P., Ramon Garcia, O G Construction Co., L.L.P., The Blue Group, Ltd., Co., and South Texas Wildhorse Desert Investments, Inc., to file a response to relators' petition for writ of mandamus. Such response was duly filed.

The parties have now filed a joint motion to dismiss the petition for writ of mandamus and motion for emergency stay. The Court, having examined and fully considered the joint motion to dismiss, is of the opinion that said motion should be granted. Accordingly, the motion to dismiss is GRANTED and this original proceeding is hereby DISMISSED without reference to the merits.

                           PER CURIAM

Memorandum Opinion delivered and
filed this the 22nd day of January, 2009.